Rel: March 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0658

Wesley Grant v. Mary Nash et al. (Appeal from Tuscaloosa Circuit Court: CV-23-90).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Sellers, Mendheim, and Mitchell, JJ., concur.